## Commonwealth *v.* Geuss, Appellant.

Argued May 22, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Hayden C. Covington,* with him *Harold Mayberry,* for appellants.

*Ralph H. Griesemer,* City Solicitor, with him *Joseph B. Walker,* Assistant City Solicitor, *Kenneth H. Koch,* District Attorney and *Ray R. Brennan,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, June 27, 1951:

The judgments are affirmed on the opinion for the Superior Court: see 168 Pa. Superior Ct. 22.